No. 78–6928.  POPE *v.* UNITED STATES, *ante*, p. 925;

No. 79–197.  SKOKO ET AL., BOARD OF COUNTY COMMISSIONERS OF CLACKAMAS COUNTY, OREGON *v.* ANDRUS, SECRETARY OF THE INTERIOR, ET AL., *ante*, p. 927;

No. 79–570.  STONER *v.* HUTSON ET AL., *ante*, p. 967;

No. 79–5052.  GILBERT *v.* YALANZON ET AL., *ante*, p. 873; and

No. 79–5162.  LEUSCHNER *v.* MARYLAND, *ante*, p. 933. Petitions for rehearing denied.

No. 78–6903.  DYKES *v.* ILLINOIS, *ante*, p. 940;

No. 79–454.  SHURE BROTHERS, INC. *v.* KORVETTES, INC., DBA E. J. KORVETTE, *ante*, p. 942;

No. 79–532.  HARTE *v.* COUNTY OF LOS ANGELES, *ante*, p. 952;

No. 79–5247.  SHAW *v.* SOUTH CAROLINA, *ante*, p. 957;

No. 79–5376.  JONES *v.* GEORGIA, *ante*, p. 957;

No. 79–5388.  WOJLOH *v.* ADDISON ET AL., *ante*, p. 945;

No. 79–5398.  GEORGE *v.* LOUISIANA, *ante*, p. 953;

No. 79–5399.  TORGERSON *v.* McCLAY, *ante*, p. 953;

No. 79–5407.  STEVENS *v.* HARRIS, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, *ante*, p. 945; and

No. 79–5424.  JAFREE *v.* SCOTT, ATTORNEY GENERAL OF ILLINOIS, *ante*, p. 945.  Petitions for rehearing denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of these petitions.

No. 78–6762.  ROGERS *v.* LING ET AL., *ante*, p. 854.  Motion for leave to file petition for rehearing denied.

No. 79–203.  OCHS *v.* UNITED STATES, *ante*, p. 955; and

No. 79–5125.  RUIZ *v.* CALIFORNIA, *ante*, p. 943.  Motions for leave to file petitions for rehearing denied.  MR. JUSTICE MARSHALL took no part in the consideration or decision of these motions.